FILED

OCT 05 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALLAN G. EDWARDS, JR., | No. 09-17203 |
| Plaintiff - Appellant, | D.C. No. 3:08-cv-00623-LRH-VPC |
| v. | |
| JAMES M. COPENHAVER, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Nevada
Larry R. Hicks, District Judge, Presiding

Submitted September 22, 2010[**]

Before:     WALLACE, HAWKINS, and THOMAS, Circuit Judges.

The district court did not clearly err by finding that Allan G. Edwards, Jr.,

("Edwards") failed to establish that he was domiciled in a state diverse from

defendant. *See Lew v. Moss*, 797 F.2d 747, 750 (9th Cir. 1986) ("[D]omicile is

evaluated in terms of objective facts, and . . . statements of intent are entitled to

_____

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

little weight when in conflict with facts.") (internal quotation marks and citation omitted); *see also Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001) ("the party asserting diversity jurisdiction bears the burden of proof"). Accordingly, the district court properly dismissed the action for lack of diversity jurisdiction.  *See* 28 U.S.C. § 1332(a).

Edwards's remaining contentions are unpersuasive.

Edwards's motion to file an addendum to his reply brief is granted.

**AFFIRMED.**